UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America** | * |
| | * |
| v. | * |
| | * |
| **Lincoln Deming** | *   Case No. 24-cr-0369 (DLF) |

## MOTION TO CONTINUE TRIAL

Lincoln Deming, by his undersigned counsel, hereby respectfully moves this Honorable Court continue his trial date from March 3, 2025, to March 24, or sometime in April. Both undersigned and Government counsel, Anna Krasinski, Esq., are in the case of *United States v. Pollock*, 21-cr-447 (CJN), another case stemming out of events from January 6, 2021, before Judge Nichols. There are three co-defendants in the *Pollock* case all of whom are detained and have been so since on or about January 6, 2024. *Pollock* was scheduled for trial on January 27, 2025. However, today it was continued to begin February 17, 2025, via written order of the Court. It is predicted that case will take two-three weeks. The Court communicated through the Deputy Clerk to inquire of the parties whether they were available to start the trial February 17. Undersigned informed the Deputy Clerk that she was but that she had a trial starting March 3 for which she would need to request a continuance and possible assistance from the Court in the request to continue. Hence afterwards, the *Pollock* case was continued.

Even if the *Pollock* case is finished on February 28, the Friday before March 3, undersigned would be unprepared to begin trial on March 3. Usually the week before trial, *Jencks* material is received, the names of Government witnesses, as well as Government exhibits are also provided to the defense. There is a lot of work that needs to be done the week prior to commencement of trial and in the immediate lead up to trial including voir dire, jury instructions and a statement of

the case. Undersigned will not be in a position to do any of that important work. Undersigned would need at least two weeks between trials so that she can be prepared to begin trial and prepare a defense for Mr. Deming. Government counsel likewise would be in a similar situation to undersigned as she is also one of the Government counsel in the *Pollock* matter.

There is no prejudice to either party as the requested continuance would only be of about two weeks or a bit more if continued to April.

Undersigned reached out to Ms. Krasinski, however she is currently out of the office and will return on or about December 18, 2024.

Respectfully submitted,<br>
/s/<br>
_____<br>
Elita C. Amato<br>
Counsel to Lincoln Deming<br>
D. C. Bar # 442797<br>
2111 Wilson Blvd., 8th Floor<br>
Arlington, VA 22201<br>
703-522-5900<br>
Amato.law@comcast.net<br>
Amato@amatoatlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice is filed electronically through the ECF filing system on this 6th day of December 2024, thereby, providing service electronically upon Government counsel.

/s/
_____
Elita C. Amato